UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Alejandro Saucedo-Virgen ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07MJ2648 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /) Case Disposed / Order of Court).

Blanca Padilla-Gomez

DATED: 11-20-07

RECEIVED _____
                    DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk