FILED

07 DEC 11 AM 11:11

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury   '07 CR 3315  BEN

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 8, U.S.C., |
|  | ) Sec. 1324(a)(2)(B)(ii) - |
| ALEJANDRO SAUCEDO-VIRGEN, | ) Bringing in Illegal Aliens for |
|  | ) Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting |
|  | ) Title 8, U.S.C., |
|  | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
|  | ) in Illegal Aliens Without |
|  | ) Presentation |

The grand jury charges:

Count 1

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Imelda Paez-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

CJB:em:San Diego
12/10/07

### Count 2

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Imelda Paez-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blanca Padilla-Gomez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 4</u>

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blanca Padilla-Gomez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>Count 5</u>

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Rocio Juarez-De Dios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 6</u>

On or about November 11, 2007, within the Southern District of California, defendant ALEJANDRO SAUCEDO-VIRGEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Rocio Juarez-De Dios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: December 11, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney