| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID L. KATZ |
| | Assistant United States Attorney |
| 3 | California State Bar No. 141295 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226 / Fax: (619) 235-2757 |
| | Email: David.Katz@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3315-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ALEJANDRO SAUCEDO-VIRGEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None.

//

//

//

1    Effective this date, the following attorneys are no longer associated with this case and should
2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):
5    Name (If none, enter "None" below)
6    None.
7    Please call me if you have any questions about this notice.
8    DATED: December 19, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *David L. Katz*
DAVID L. KATZ
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: David.Katz@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO SAUCEDO-VIRGEN,<br><br>    Defendant. | Criminal Case No. 07CR3315-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, DAVID L. KATZ, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Paul W. Blake, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2007.

/s/*David L. Katz*
DAVID L. KATZ
Assistant U.S. Attorney