KAREN P. HEWITT
United States Attorney
DAVID L. KATZ
Assistant United States Attorney
California State Bar No. 141295
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5226 / Fax: (619) 235-2757
Email: David.Katz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3315-BEN |
| Plaintiff, | |
| v. | MOTION TO SHORTEN TIME |
| ALEJANDRO SAUCEDO-VIRGEN, | |
| Defendant. | |

The Government requests an order shortening time to February 8, 2008, to file its Response and Opposition to Defendant's Motions *in Limine*.

This application is made for the following reasons:

1. Defendant's Motions *in Limine* were not filed timely.

2. In addition, Government counsel had spent a significant amount of time in preparation of another case that is going to trial next week in U.S. v. Carlos Oliva-Reyes, Case No. 07cr1907-W.

//
//
//
//
//
//

1  As a result, the undersigned counsel was unable to file this response and opposition to
2  defendant's motions *in limine* in a timely fashion.
3  DATED: February 8, 2008.

                                             Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney

                                             *s/David L. Katz*
                                             DAVID L. KATZ
                                             Assistant United States Attorney
                                             Email: David.Katz@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEJANDRO SAUCEDO-VIRGEN,<br><br>Defendant. | Criminal Case No. 07CR3315-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, DAVID L. KATZ, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **MOTION TO SHORTEN TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Paul W. Blake, Esq.

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 8, 2008.

                                        s/*David L. Katz*
                                        DAVID L. KATZ
                                        Assistant United States Attorney