# EXHIBIT LIST

## United States v. Alejandro Saucedo-Virgen
### Criminal Case No. 07CR3315-BEN

_X_ Government      ___ Defense      Type of Hearing: Jury Trial

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description | Witness(es) |
|---|---|---|---|---|
| 1 | 2/12/08 | 2/12/08 | Photo - Otay Mesa Port of Entry/Aerial shot | |
| 2 | 2/12/08 | 2/12/08 | Photo - Lane 11, Otay Mesa Port of Entry | |
| 3 | 2/12/08 | 2/12/08 | Photo - Front view of van | |
| 4 | 2/12/08 | 2/12/08 | Photo - Rear view of van | |
| 5 | 2/12/08 | 2/12/08 | Photo - Running boards on van | |
| 6 | 2/12/08 | 2/12/08 | Defendant's Border Crossing Card | |
| 7 | 2/12/08 | 2/12/08 | Photo - undercarriage of van; hair and sneakers visible | |
| 8 | 2/12/08 | 2/12/08 | Referral slip | |
| 9 | 2/13/08 | 2/13/08 | Photo - rear seats of van | |
| 10 | 2/13/08 | 2/13/08 | Photo - rear of van/seat tracks/carpet | |
| 11 | 2/13/08 | 2/13/08 | Photo - van on lift | |
| 12 | | | Photo - undercarriage of van on lift showing head of smuggled alien (Blanca Padilla-Gomez) | |
| 13 | 2/13/08 | 2/13/08 | Photo - undercarriage of van/removal of smuggled aliens (Maria del Rocio Juarez-De Dios and Imelda Paez-Reyes) | |
| 14 | 2/13/08 | 2/13/08 | Photo - compartment adjacent to exhaust pipe | |

| | | | | |
|---|---|---|---|---|
| 15 | 2/13/08 | 2/13/08 | Photo - modified ignition switch | |
| 16 | 2/13/08 | 2/13/08 | Photo - gas gauge in "empty" position with vehicle running | |
| 17 | | | Photo - cut gas line held by CBPO Rosario | |
| 18 | 2/13/08 | 2/13/08 | Photo - funnel found in van | |
| 19 | | | | |
| 20 | 2/13/08 | 2/13/08 | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |