MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA     VS     ALEJANDRO SAUCEDO-VIRGEN (1)

___ Plaintiff     ___ Defendant     X Court     Type of Hearing: JURY TRIAL

Case Number: 07CR3315-BEN

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | February 13, 2008 | February 13, 2008 | JURY INSTRUCTION OFFERED BY DEFENSE COUNSEL THAT WAS NOT GIVEN TO THE JURY |
| 2 | February 15, 2008 | February 15, 2008 | NOTE FROM JURY ASKING QUESTION WITH JUDGE'S WRITTEN ANSWER TO THE QUESTION |
| 3 | February 15, 2008 | February 15, 2008 | NOTE FROM JURY: VERDICT REACHED. |