Is the transcript of the interview between Officer Jorge Rosario and the defendant available as evidence? NO RTB If so could we please see a copy? NO RTB

David F Harris
on behalf of the jury

COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 07cr3315
DATE: 2-15-08