We have reached a verdict.

David F Harris
on behalf of the jury



COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# 07cr3315
DATE: 2-15-08