MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                    VS          ALEJANDRO SAUCEDO-VIRGEN (1)

Plaintiff    X   Defendant    Court    Type of Hearing: JURY TRIAL

Case Number: 07CR3315-BEN

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| A | February 13, 2008 | | U.S. DEPT. OF HOMELAND SECURITY CUSTOMS & BORDER PROTECTION ROI: CELLULAR TELEPHONE LOG OF DEFENDANT'S TELEPHONE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |