UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 07CR3315-BEN |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ALEJANDRO SAUCEDO-VIRGEN, | ) | VERDICT |
| Defendant. | ) | |
| | ) | |

AS TO COUNT 1 OF THE INDICTMENT:

        We, the jury in the above-entitled cause, find the defendant,
Alejandro Saucedo-Virgen,

_____guilty_____        of  Bringing  in  Illegal  Aliens  for  Financial
(guilty/not guilty)   Gain as to the alien Imelda Paez-Reyes and
                      Aiding and Abetting, in violation of Title 8
                      U.S.C. §1324(a)(2)(B)(ii) and Title 18 U.S.C. §2.


AS TO COUNT 2 OF THE INDICTMENT:

        We, the jury in the above-entitled cause, find the defendant,
Alejandro Saucedo-Virgen,

_____guilty_____        of Bringing in Illegal Aliens Without Presentation
(guilty/not guilty)   as to the alien Imelda Paez-Reyes, in violation of
                      Title 8 U.S.C. §1324(a)(2)(B)(iii).

## AS TO COUNT 3 OF THE INDICTMENT:

We, the jury in the above-entitled cause, find the defendant, Alejandro Saucedo-Virgen,

_guilty_
(guilty/~~not guilty~~) of Bringing in Illegal Aliens for Financial Gain as to the alien Blanca Padilla-Gomez and Aiding and Abetting, in violation of Title 8 U.S.C. §1324(a)(2)(B)(ii) and Title 18 U.S.C. §2.

## AS TO COUNT 4 OF THE INDICTMENT:

We, the jury in the above-entitled cause, find the defendant, Alejandro Saucedo-Virgen,

_guilty_
(guilty/~~not guilty~~) of Bringing in Illegal Aliens Without Presentation as to the alien Blanca Padilla-Gomez, in violation of Title 8 U.S.C. §1324(a)(2)(B)(iii).

## AS TO COUNT 5 OF THE INDICTMENT:

We, the jury in the above-entitled cause, find the defendant, Alejandro Saucedo-Virgen,

_guilty_
(guilty/~~not guilty~~) of Bringing in Illegal Aliens for Financial Gain as to the alien Maria Del Rocio Juarez-De Dios and Aiding and Abetting, in violation of Title 8 U.S.C. §1324(a)(2)(B)(ii) and Title 18 U.S.C. §2.

**AS TO COUNT 6 OF THE INDICTMENT:**

We, the jury in the above-entitled cause, find the defendant, Alejandro Saucedo-Virgen,

_____guilty_____ of Bringing in Illegal Aliens Without Presentation
(guilty/~~not guilty~~)   as to the alien Maria Del Rocio Juarez-De Dios in
violation of Title 8 U.S.C. §1324(a)(2)(B)(iii).


_____
**FOREPERSON OF THE JURY**


DATED: _February 15_ , 2008
SAN DIEGO, CALIFORNIA