**LAW OFFICES OF PAUL W. BLAKE**
SBN 94963
4045 BONITA ROAD, SUITE 202
BONITA, CALIFORNIA 91902
(619) 908-6429

ATTORNEY FOR DEFENDANT
ALEJANDRO SAUCEDO-VIRGEN

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE ROGER T. BENITEZ, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3315BEN |
| PLAINTIFF, | DECLARATION OF COUNSEL EX-PARTE APPLICATION FOR EXTRAORDINARY EXPENSES |
| VS. | |
| ALEJANDRO SAUCEDO-VIRGEN, DEFENDANT. | |

I, PAUL W. BLAKE, Attorney, after having been duly sworn, depose, state:

1.) I am an attorney at law duly licensed to practice before all of the courts of the State of California, the United States District Court for the Southern District of California, United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court;

2.) I am the appointed counsel of record for defendant, ALEJANDRO SAUCEDO-VIRGEN;

3.) Counsel has been appointed to represent Mr. SAUCEDO-VIRGEN, who is currently charged with very serious offenses with respect to knowingly violating immigration laws. There are issues with respect to all the facts and circumstances of this case and/or the process by which either the trial or the ultimate plea agreement may be handled.

4.) I am informed and believe that the defendant, Mr. SAUCEDO-VIRGEN, is unable to afford the services of a private investigator;

5.) I have, to this point, hired licensed Private Investigator Michael Anselm, of M.A. Investigative Services, to assist me in the preparation of the defense in this case. I request on his behalf that this court authorize an additional fifteen hours for Private Investigator Anselm in preparation for the defense.

6) That it will be necessary for Mr. Anselm to go to Mexico to locate and interview four witnesses. Mr. Anselm will also interview employers and family members.

7) That it will be necessary for Mr. Anselm to interview the material witnesses in this matter.

I declare, under penalty of perjury, the above to be true and correct to the best of my information and belief.

DATED: JANUARY 29, 2008

PAUL W. BLAKE,

Attorney for Defendant