**LAW OFFICES OF PAUL W. BLAKE**
**SBN 94963**
**4045 BONITA ROAD, SUITE 202**
**BONITA, CALIFORNIA 91902**
**(619) 908-6429**

ATTORNEY FOR DEFENDANT
ALEJANDRO SAUCEDO-VIRGEN

FILED
08 MAR 10 AM 11: 15

DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE ROGER T. BENITEZ, JUDGE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3315BEN |
| PLAINTIFF, ) | DECLARATION OF COUNSEL EX-PARTE APPLICATION |
| VS. ) | FOR EXTRAORDINARY |
| ALEJANDRO SAUCEDO-VIRGEN, ) | EXPENSES & REQUEST TO SEAL |
| DEFENDANT. ) | THIS APPLICATION |

Defendant, by and through his counsel of record, applies to this court for an order approving extraordinary expenses for a Private Investigator to assist in the defense of Mr. SAUCEDO-VIRGEN pursuant to 18 U.S.C. sec 3006A(e)(1). Counsel requests that this Court authorize payment of extraordinary expenses for Private Investigation services for fifteen(15) additional hours in the amount of $825.00, at this time.

This Application is based on this Ex-Parte Application, the attached Memorandum of Points and Authorities, the attached Declaration of Counsel, and any and all other oral or written information supplied to the Court upon the hearing of this Ex-Parte Application.

DATED: January 29, 2008

PAUL W. BLAKE,

Attorney for Defendant