FILED

08 MAR 10 AM 11: 15

DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(Honorable Roger T. Benitez, Judge)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>VS.<br>ALEJANDRO SAUCEDO-VIRGEN,<br>DEFENDANT. | ) | CASE NO. 07CR3315BEN<br><br>**ORDER** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that extraordinary expenses in the approximate amount of $825.00 for locating and interviewing witnesses, at this time are authorized for Private Investigator Michael Anselm, of M.A. Investigative Services.

IT IS FURTHER ORDERED that this Ex-Parte Application be sealed.

IT IS SO ORDERED:

DATED: ______________

HONORABLE ROGER T. BENITEZ, JUDGE
UNITED STATES DISTRICT COURT