<u>Criminal Case Number: 07cr 3315 BEN</u>
<u>USA v ALEJANDRO SAUCEDO-VIRGEN.</u>

I, the undersigned whose address appears below, certify:
That I am not a party to the above-referenced action; that I am a member of the Bar of
this Court ; that my office is located at:

    Law Office of Dorothy Rees Shelton
    110 West C Street, Suite 711
    San Diego, California 92101

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on March 11, 2008, I electronically served a true copy of:

  Application to Exonerate Bond of Material witness MARIA del ROCIO JUAREZ de
  DIOS

On:
        U.S. Attorney CR Efile.dkt.gc2@usdoj.gov
        Paul W. Blake <u>paulwblake@cox.net</u>
        Dorothy Rees Shelton dsheltonlaw@aol.com

By electronically filing the above-referenced document through the official CM/ECF
web site on March 11,2008

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

DATE: March 11, 2008

                        <u>S/ Dorothy Rees Shelton</u>
                        DOROTHY REES SHELTON