```
 1  PAUL W. BLAKE
    Attorney at Law
 2  State Bar #94963
    4045 Bonita Road, Suite 202
 3  Bonita, California 91902
    (619) 908-6429/FAX (760) 943-0299
 4

 5  Attorney for Defendant
    ALEJANDRO SAUCEDO-VIRGEN
 6
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3315-1-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION TO |
| vs. | ) | CONTINUE SENTENCING |
| | ) | |
| ALEJANDRO SAUCEDO-VIRGEN, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now defendant, Alejandro Saucedo-Virgen, by and through his court-appointed attorney Paul W. Blake, hereby requests that the sentencing scheduled for May 12, 2008, at 9:00 a.m. be changed to June 30, 2008, at 9:00 a.m.

I have contacted the Assistant U.S. Attorney for this matter, Christina McCall, and she has no opposition to changing the sentencing date to June 30, 2008, at 9:00 a.m. Joint agreement is signified by the undersigned.

Date:  April 16, 2008           /s/  Paul W. Blake
                                PAUL W. BLAKE
                                Attorney for Defendant Alejandro Saucedo-Virgen


Date:  April 16, 2008           /s/  Christina McCall
                                CHRISTINA McCALL, AUSA

1 **ORDER**

2   For good cause and with the agreement of the parties, this matter is continued
3 pursuant to the foregoing stipulation. Defendant Saucedo's sentencing is rescheduled from
4 May 12, 2008 at 9:00 a.m. to June 30, 2008, at 9:00 a.m.

5

6 Date: _____
    JUDGE OF THE U.S. DISTRICT COURT
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21   1:\BLAKE\Saucedo-Virgen.jtstipcont
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing documents:

JOINT STIPULATION TO CONTINUE SENTENCING ; ORDER

was served on April 16, 2008, upon the below named parties:

**MAILING INFORMATION FOR A CASE** 07-CR-3315-1-BEN

1.  **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Christina McCall, christina.mccall@usdoj.gov, efile.dkt.gc1@usdoj.gov

Date: April 16, 2008    /s/ Paul W. Blake
PAUL W. BLAKE
Attorney for Defendant ALEJANDRO SAUCEDO-VIRGEN
4045 Bonita Road, Suite 202
Bonita, California 91902
(619) 908-6429 (tel)
(619) 578-2805 (fax)
paulwblake@cox.net