FILED

UNITED STATES DISTRICT COURT

08 JUL 16 AM 9:43

FOR THE __SOUTHERN_____ DISTRICT OF __CALIFORNIA__

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-50312__    U.S. District Court Case No. __07CR-03315-BEN__

Short Case Title __USA v ALEJANDRO SAUCEDO-VIRGEN__
(Include Name of Specific Defendants in Criminal Cases)   (Include defendant in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court _____ 7/2/08

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | | PROCEEDINGS (strike portion not desired) |
|---|---|---|---|
| 2-12-08 | Deborah O'Connell | | Voir Dire |
| 2-12-08 | " | " | Opening Statements |
|  |  |  | ~~Settlement Instructions~~ |
| 2-14-08 | " | " | Closing Arguments |
| 2-14-08 | " | " | Jury Instructions |
| 2-11-08 | " | " | Pre-Trial Proceedings |
| 2-12-08 | " | " | Other (please specify) Trial Day |
| 2-13-08 & 2-14-08 & 2-15-08 Rule 29 | | | |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(✓) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __7/16/08__

Type or Print Name __Paul W. Blake__

Signature of Attorney __Paul W. Blake__    Phone Number __(619) 908-6429__

Address: __4045 Bonita Rd #202 Bonita CA 91902__

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)    COPY 1